FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00264-CV

**IN THE INTEREST OF E.J.D.L.G.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01970
Honorable Monique Diaz, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellees, the Attorney Ad Litem and E.B. and J.B., have filed motions for en banc reconsideration. A majority of the court hereby requests responses to appellees' motions from appellant J.A.M. and from the Texas Department of Family and Protective Services. *See* TEX. R. APP. P. 49.5. The responses must be filed in this court by December 21, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court